JOHN SCHREYER, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

(Argued June 9, 1876; decided September 19, 1876.)

*Francis L. Stetson* for the appellant.

*D. M. Porter* for the respondent.

Agree to affirm.   No prevailing opinion.
All concur except EARL, J., dissenting and writing dissenting opinion.
Judgment affirmed.